# United States District Court
# Eastern District of California

Ulis Ernesto Howard
Plaintiff(s)

V.

U.S. Department of Homeland Security, et al.
Defendant(s)

Case Number: 1:26-cv-7547 DC JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Diego Monserratte hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Ulis Ernesto Howard

On September 23, 2024 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/17/2026 Signature of Applicant: /s/ Diego Monserratte

**Pro Hac Vice Attorney**

Applicant's Name: Diego Monserratte

Law Firm Name: Urizar Molina PA

Address: 9155 S Dadeland Blvd

Ste 1108

City: Miami State: FL Zip: 33156

Phone Number w/Area Code: 305-849-4966

City and State of Residence: Miami, Florida

Primary E-mail Address: diego@urizarlaw.com

Secondary E-mail Address: diego.monserratte@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lori B. Schoenberg

Law Firm Name: LAW OFFICES OF LORI B. SCHOENBERG

Address: 611 Wilshire Boulevard

Ste. 1006

City: Los Angeles State: CA Zip: 90017

Phone Number w/Area Code: (858) 922-6721 Bar # 212972

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/21/2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 1058106
Diego Monserratte
Urizar Molina PA
9155 S Dadeland Blvd Ste 1108
Miami, FL 33156-7851

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 23, 2024**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 4th day of **September, 2026**.

Cynthia B. Jackson

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-433265