UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULIS ERNESTO HOWARD,<br>Petitioner,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br>Respondents. | Case No. 1:26-cv-7547-DC-JDP (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 9) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 9, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. ECF No. 9. Respondents have filed objections to the findings and recommendations. ECF No. 10. However, in those objections, Respondents merely state that they object "for the reasons stated in their Response to Petition for Writ of Habeas Corpus." *Id.* Those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-

01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2026, ECF No. 9, are ADOPTED;
2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;
3. Respondents are ordered to immediately release petitioner Ulis Ernesto Howard (A-Number: 087-618-160) from their custody subject to the previously-imposed conditions of release, if any;
4. The government is ENJOINED AND RESTRAINED from re-detaining petitioner unless it obtains a travel document for his removal, if necessary, and follows all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures;
5. The Clerk of the Court is directed to serve Central Valley Annex Detention Facility with a copy of this order; and
6. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge